# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**JUDGMENT:** Case No. __1:11-cr-145__ USA v. __Charles Marshall__

**PRESENT:** Honorable __Curtis L. Collier__ ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

| Perry Piper | Paul Bergman | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Cyndee Palmer | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter ☐ **SWORN** |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
upward departure: ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☐ Deft speaks **OR** ☐ Deft declines to speak

Document(s) __all except PSR__ ☑ unsealed ☐ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** _____ MONTHS on COUNT(s) _____

**SUPERVISED RELEASE/PROBATION:** __3__ YEARS on COUNT(s) _____

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☐ report to Probation Officer w/in 72 hrs of release
- ☑ not commit another federal, state or local crime
- ☑ abide by standard conditions on Local Rule 83.10
- ☑ not possess a firearm or other destructive device
- ☑ not illegally possess or use a controlled substance
- ☑ participate in collection of DNA
- ☐ submit to search
- ☐ perform _____ hours of community service
- ☐ comply with any BICE deportation orders
- ☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☑ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:**

☐ Interest Waived  ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived  **SPECIAL ASSESSMENT:** __$100__  ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay  ☑ Deft informed of right to appeal  ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☐ remained in custody ☑ remained on bond

Deft to self-report on or before _____ at _____

Time: __4:00__ to __4:10__    Date: __2/16/2012__